■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MEERS, Appellant.—

Memorandum: We have passed upon the very question that is here presented in *People ex rel. Meers* v. *Martin* (4 A D 2d 659, affd. 4 N Y 2d 898). The only distinction is that the former appeal was from an order sustaining a writ of habeas corpus, and this is a request to appeal as a poor person in *coram nobis*. However, the procedural differences would not in any way affect our decision upon the facts, and further, as no jurisdictional question is presented

involving facts dehors the record, *coram nobis* does not lie. We have already decided all of the questions which could be presented on appeal if permission were granted.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT PERILLO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied.